NUMBER 13-09-00614-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

AMANDA LYNN WOODARD, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the 36th District Court


of Aransas County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, Amanda Lynn Woodard, by and through her attorney, has filed a motion
to withdraw her appeal because she no longer desires to prosecute it. See Tex. R. App.
P. 42.2(a). Without passing on the merits of the case, we grant the motion to withdraw the
appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. 
Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 PER CURIAM

Do not publish. See Tex. R. App. P. 47.2(b). 

Delivered and filed the 25th

day of February, 2010.